# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

DANA E. LUNN,

       Plaintiff,

v.

ARAMARK MANAGEMENT SERVICES LIMITED PARTNERSHIP,
A Foreign Limited Partnership, and

UAW LOCAL 160,

       Defendants.

Case No. 19-cv-10878-LVP-CI

Hon. Linda V. Parker
Magistrate Judge Curtis Ivy, Jr.

---

Dana E. Lunn
19526 Waltham
Detroit, Michigan 48205
Danalunn720@gmail.com
*Pro Se Plaintiff*

John R. Canzano (P30417)
Benjamin L. King (P81823)
MCKNIGHT, CANZANO, SMITH RADTKE & BRAULT, P.C.
423 N. Main Street, Suite 200
Royal Oak, MI 48067
248-354-9650 (phone)
jcanzano@michworkerlaw.com

*Attorney for Defendant UAW Local 160*

Deborah Brouwer (P34872)
NEMETH LAW, P.C.
200 Talon Centre Dr., Ste. 200
Detroit, MI 48207
313.567.5921 (phone)
DBrouwer@nemethlawpc.com

*Local Counsel for Defendant Aramark*

Stephanie L. Sweitzer (P66376)
MORGAN, LEWIS & BOCKIUS LLP
77 West Wacker Dr., Fifth Floor
Chicago, IL 60601
312.324.1000 (phone)
stephanie.sweitzer@morganlewis.com

*Attorney for Defendant Aramark*

## STIPULATED ORDER FOR DISMISSAL WITH PREJUDICE

This matter having come before the Court on stipulation of the parties, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that this action is hereby dismissed with prejudice and without costs or attorney fees to any party.

**IT IS SO ORDERED.**

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: July 16, 2021

Approved for Entry:

| /s/ *Dana E. Lunn* (w/consent) | /s/ *Stephanie L. Sweitzer* |
|---|---|
| Dana E. Lunn | Stephanie L. Sweitzer (P66376) |
| *Pro Se Plaintiff* | *Attorney for Defendant Aramark* |

/s/ *John R. Canzano* (w/consent)
John R. Canzano (P30417)
*Attorney for Defendant UAW Local 160*